UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                             CHAPTER 13

DONALD H. PERRINE, JR.                                             CASE NO. 14-80902

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   American Loan Servicing              **Court claim #: 12**

**Last four digits** of any number used to identify the debtor's account: 1935

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $406.13 |
| Amount Paid by Trustee | $406.13 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan            ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  6/27/18                             /s/Lydia S. Meyer
                                            Lydia S. Meyer, Trustee
                                            308 W. State St., Suite 212
                                            Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 27th Day of June, 2018

Dated:  6/27/18                             /s/Cynthia K. Burnard

AMERICAN LOAN SERVICING
1192 E. DRAPER PKWY, STE 205
DRAPER, UT 84020

SUNTRUST MORTGAGE
BANKRUPTCY DEPARTMENT
PO BOX 26149
RICHMOND, VA  23260-6149

KEITH LEVY
MANLEY DEAS KOCHALSKI
PO BOX 165028
COLUMBUS, OH 43216-5028

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

DONALD H. PERRINE, JR.
1661 .  4TH AVENUE
ROCKFORD, IL  61104

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603