**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Donald H Perrine, Jr |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 14-80902 |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 16 2018
JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK - CS

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** American Loan Servicing

**Court claim no. (if known):** 12

**Last 4 digits** of any number you use to identify the debtor's account: 1935

**Property address:** 1661 4th Ave
Rockford, IL 61104

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____ MM/DD/YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 2,936.88

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total.** Add lines a and b.    (c) $ 2,936.88

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 4/1/2018

Debtor 1   Donald H Perrin, Jr
           First Name   Middle Name   Last Name

Case number (if known) 14-80902

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☑ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _[signature]_                                          Date  7 / 10 / 2018
  Signature

Print    Gared Dittmar                                   Title  Account Manager
         First Name   Middle Name   Last Name

Company  American Loan Servicing

If different from the notice address listed on the proof of claim to which this response applies:

Address  _____
         Number        Street

         _____
         City          State    ZIP Code

Contact phone  (800) 405 – 1733         Email _____

Form 4100R                Response to Notice of Final Cure Payment                page 2

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re Carl Smith ; Kathrin Smith          Case No. 14-80902

### CERTIFICATE OF SERVICE

The undersigned states that copies of Secured Equity Financial's RESPONSE TO NOTICE OF FINAL CURE PAYMENT were served upon the following parties by depositing said copies on July 10, 2018 in the U.S. Mail, postage prepaid, properly addressed as follows:

Donald Harold Perrine, Jr
1661 4th Ave
Rockford, IL 61104


Lydia Meyer
PO Box 14127
Rockford, IL 61105


Kristin K Beilke
55 E Monroe St #3400
Chicago, IL 60603

Gared Dittmar, Account Manager
American Loan Servicing
1192 E Draper Pkwy, Ste 205
Draper, UT 84020
800-405-1733